1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

# UNITED STATES  DISTRICT COURT

## Northern District of California

Oakland Division

CHERYL JACKSON

                    Plaintiff,

          v.

MIDLAND CREDIT MANAGEMENT

                    Defendant.

_____/

No. C 10-01499 LB

**ORDER DIRECTING PARTIES TO FILE CONSENT/DECLINATION FORM**

This matter is set for a Case Management Conference before the Court on July 15, 2010. Upon review of the record in this action, the Court notes that the parties have not filed written consents to Magistrate Judge Beeler's jurisdiction.  This civil case was randomly assigned to Magistrate Judge Beeler for all purposes including trial.  In accordance with 28 U.S.C. § 636(c), the magistrate judges of this district court are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties.  An appeal from a judgment entered by Magistrate Judge Beeler may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

You have the right to have your case assigned to a United States District Judge for trial and disposition.  Accordingly, the parties shall inform the court whether they consent to Magistrate

C 10-01730

1  Judge Beeler' jurisdiction or request reassignment to a United States District Judge for trial.  Each

2  party shall file either a consent or declination form attached to this Order by **July 8, 2010**.

3      **IT IS SO ORDERED.**

4

5  Dated: July 1, 2010

6  _____
   LAUREL BEELER
7  United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  C 10-01730

**UNITED STATES DISTRICT COURT**
For the Northern District of California

2

UNITED STATES DISTRICT COURT
For the Northern District of California

1
2
3
4
5
6
7
8                    UNITED STATES  DISTRICT COURT
9                     Northern District of California
10                          Oakland Division
11
12   CHERYL JACKSON,                        No.  C 10-01499 LB
13              Plaintiff,                   **CONSENT TO PROCEED BEFORE A
                                             UNITED STATES MAGISTRATE JUDGE**
14        v.
15   MIDLAND CREDIT MANAGEMENT,
16              Defendant.
     _____/
17
18        CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
19        In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party hereby
20   consents to have a United States Magistrate Judge conduct any and all further proceedings in the
21   case, including trial, and the entry of a final judgment.  Appeal from the judgment shall be taken
22   directly to the United States Court of Appeals for the Ninth Circuit.
23
24   Dated: _____        _____
25                                        Signature
26                                        Counsel for _____
                                          (Plaintiff, Defendant or indicate "pro se")
27
28   C 10-01730
                                          3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
For the Northern District of California

UNITED STATES  DISTRICT COURT

Northern District of California

Oakland Division

CHERYL JACKSON,                                    No.  C 10-01499 LB

        Plaintiff(s),                              **DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
   v.                                            AND
REQUEST FOR REASSIGNMENT TO A**
MIDLAND CREDIT MANAGEMENT,            **UNITED STATES DISTRICT JUDGE**

        Defendant(s).
_____/

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

     The undersigned party hereby declines to consent to the assignment of this case to a United

States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to

a United States District Judge.


Dated: _____         Signature_____

                                     Counsel for _____
                                     (Plaintiff, Defendant, or indicate "pro se")

C 10-01730

4