LARA R. SHAPIRO (State Bar No. 227194)
4145 Via Marina # 324
Marina del Rey, CA 90292
Telephone:  (310) 577-0870
Facsimile:  (424) 228-5351

*Of Counsel to*
Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT  06905
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiff,
Cheryl Jackson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cheryl Jackson, | Case No.: 10-cv-01499-LB |
| Plaintiff, | **VOLUNTARY WITHDRAWAL** |
| vs. | |
| Midland Credit Management, Inc.; and DOES 1-10, inclusive, | |
| Defendants. | |

10-cv-01499-LB                                        VOLUNTARY WITHDRAWAL

# NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE <u>PURSUANT TO RULE 41(a)</u>

Cheryl Jackson ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Plaintiff
 /s/ Lara Shapiro

LARA SHAPIRO
Attorney for Plaintiff

IT IS SO ORDERED:
_Date: October 14, 2010_____
Honorable _____

